IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KESHAUN CRAIN, DAVID MOORE,
and DERRICK WARNER                                                                        PLAINTIFFS

V.                               CASE NO. 5:16-CV-70-KGB-BD

BRIAN SHADDOCK and
DALLAS COUNTY DETENTION CENTER                                            DEFENDANTS

## RECOMMENDED DISPOSITION

I.   **Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Kristine G. Baker. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

II.  **Discussion:**

On March 4, 2016, this lawsuit was filed on behalf of Keshaun Crain, David Moore, and Derrick Warner.[1] (Docket entry #2) Because the Plaintiffs failed to file

---

[1] On April 21, 2016, the Court recommended that the claims raised by Mr. Moore and Mr. Warner be dismissed based on their failure to prosecute this case. (#16) That recommendation remains pending. No objections have been filed to that recommendation.

either complete *in forma pauperis* (IFP) applications or submit their filing fees, the Court ordered each of them to address their outstanding filing fees within thirty days. (#3)

On March 28, 2016, the Court denied Mr. Crain's IFP application as incomplete and provided him another thirty days to submit a complete IFP application or pay the filing fee. (#10) To date, Mr. Crain has failed to file complete an IFP application or pay the filing fee, as ordered, and the time for complying with the Court's order has passed.

### III.    Conclusion:

The Court recommends that Mr. Crain's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's March 28, 2016 order and his failure to prosecute this case.

DATED this 8th day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE