UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KESHAUN CRAIN,
DAVID MOORE, and
DERRICK WARNER                                                                        PLAINTIFFS

v.                              Case No. 5:16-cv-70-KGB-BD

BRIAN SHADDOCK and
DALLAS COUNTY DETENTION CENTER                                         DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition and Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. Nos. 16, 20). No objections to either the Partial Recommended Disposition or the Recommended Disposition have been filed, and the time for filing objections has passed. After careful review, the Partial Recommended Disposition and the Recommended Disposition are approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 16, 20).

It is therefore ordered that the case is dismissed without prejudice for failure to prosecute and pursuant to Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 24th day of February, 2017.

_____
Kristine G. Baker
United States District Judge