**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**KESHAUN CRAIN,**
**DAVID MOORE, and**
**DERRICK WARNER**                                                                                              **PLAINTIFFS**

**v.**                                     **Case No. 5:16-cv-70 KGB-BD**

**BRIAN SHADDOCK and**
**DALLAS COUNTY DETENTION CENTER**                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed without prejudice.

Dated this the 24th day of February, 2017.

_____
Kristine G. Baker
United States District Judge